**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**February 6, 2014**

**Elisabeth A. Shumaker**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

| | |
|---|---|
| CITY CENTER WEST, LP, a Colorado limited partnership, | |
| Plaintiff - Appellant, | |
| v. | No. 12-1343 (D.C. No. 1:12-CV-01370-RPM) |
| AMERICAN MODERN HOME INSURANCE COMPANY, an Ohio corporation, | |
| Defendant - Appellee. | |

---

## JUDGMENT

---

Before **HARTZ**, **HOLLOWAY**, and **HOLMES**, Circuit Judges.

---

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is reversed. The case is remanded to the United States District Court for the District of Colorado for further proceedings in accordance with the opinion of this court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk