IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01370-RPM

CITY CENTER WEST LP,

    Plaintiff,

v.

AMERICAN MODERN HOME INSURANCE COMPANY,

    DEFENDANT.

_____

## ORDER FOR DISMISSAL
_____

    Pursuant to the Order on Petition for Rehearing entered by the United States Court of Appeals for the Tenth Circuit on April 15, 2014, and the Mandate issued April 23, 2014, it is

    ORDERED that the Judgment entered by this Court on August 3, 2012, is vacated and it is

    FURTHER ORDERED that the complaint is dismissed as moot.

    DATED: April 23rd, 2014

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge