IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01370-RPM

CITY CENTER WEST LP,

    Plaintiff,

v.

AMERICAN MODERN HOME INSURANCE COMPANY,

    Defendant.

## JUDGMENT

Pursuant to the Findings, Conclusions and Order Awarding Fees and Costs entered on August 20, 2014, by Senior District Judge Richard P. Matsch, it is

ORDERED that American Modern Home Insurance Company shall have and recover $26,622.05 from City Center West LP and the law firm of Bennington, Johnson, Biermann & Craigmile, LLC jointly and severally.

Date: August 20, 2014

FOR THE COURT:

JEFFREY P. COLWELL, Clerk

By     s/M. V. Wentz
        Deputy